USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
M.M., on behalf of D.M,              :
                    Plaintiff,       :
                                     :    07 Civ. 8640 (DLC)
          -v-                        :
                                     :          ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,:
                    Defendant.       :
                                     :
----------------------------------------X
                                     :
N.K., on behalf of C.K.,             :
                    Plaintiff,       :
                                     :
                                     :    07 Civ. 9533 (DLC)
          -v-                        :
                                     :
NEW YORK CITY DEPARTMENT OF EDUCATION,:
                    Defendant.       :
                                     :
----------------------------------------X
                                     :
J.C. and B.C., on behalf of D.C.,    :
                    Plaintiffs,      :
                                     :
                                     :    07 Civ. 10960 (DLC)
          -v-                        :
                                     :
NEW YORK CITY DEPARTMENT OF EDUCATION,:
                    Defendant.       :
                                     :
----------------------------------------X
                                     :
A.B. and J.B., on behalf of K.B.,    :
                    Plaintiffs,      :
                                     :
                                     :    08 Civ. 1212 (DLC)
          -v-                        :
                                     :
NEW YORK CITY DEPARTMENT OF EDUCATION,:
                    Defendant.       :
                                     :
----------------------------------------X
                                     :
H.M. and M.M., on behalf of J.M. and :
A.M.,                                :
                    Plaintiffs,      :
                                     :
                                     :    08 Civ. 1230 (DLC)
          -v-                        :
```

```
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                          Defendant.     :
                                         :
-----------------------------------------X
                                         :
K.P., on behalf of N.P.,                 :
                          Plaintiff,     :
                                         :      08 Civ. 1263 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                          Defendant.     :
                                         :
-----------------------------------------X
                                         :
D.R. and J.R., on behalf of A.R.,        :
                          Plaintiffs,    :
                                         :      08 Civ. 1556 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                          Defendant.     :
                                         :
-----------------------------------------X
                                         :
V.O. and I.O., on behalf of D.O.,        :
                          Plaintiffs,    :
                                         :      08 Civ. 1557 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                          Defendant.     :
                                         :
-----------------------------------------X
                                         :
D.R. and E.F., on behalf of N.R.,        :
                          Plaintiffs,    :
                                         :      08 Civ. 1995 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                          Defendant.     :
                                         :
-----------------------------------------X
                                         :
S.S. and T.S., on behalf of S.S.,        :
```

```
                         Plaintiffs,    :
                                        :   08 Civ. 2022 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
A.L. and V.L., on behalf of E.L.,       :
                         Plaintiffs,    :
                                        :   08 Civ. 2023 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
D.O. and H.O., on behalf of L.O.,       :
                         Plaintiffs,    :
                                        :   08 Civ. 2024 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
K.K. and V.K., on behalf of A.K.,       :
                         Plaintiffs,    :
                                        :   08 Civ. 2025 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
A.L., on behalf of S.L.,                :
                         Plaintiffs,    :
                                        :   08 Civ. 2427 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
```

```
------------------------------------------X
                                          :
D.A. and M.A., on behalf of M.A.,         :
                    Plaintiffs,           :
                                          :      08 Civ. 2785 (DLC)
           -v-                            :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
P.C. and D.C., on behalf of D.C. and      :
G.C.,                                     :
                    Plaintiffs,           :
                                          :      08 Civ. 2806 (DLC)
           -v-                            :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
J.D. and L.D., on behalf of J.D.,         :
                    Plaintiffs,           :
                                          :      08 Civ. 3174 (DLC)
           -v-                            :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
P.B. and M.R., on behalf of B.B.,         :
                    Plaintiffs,           :
                                          :      08 Civ. 3175 (DLC)
           -v-                            :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
M.P. and C.P.., on behalf of W.P.,        :
                    Plaintiffs,           :
                                          :      08 Civ. 3176 (DLC)
           -v-                            :
```

4

```
                                           :
NEW YORK CITY DEPARTMENT OF EDUCATION,     :
                    Defendant.             :
                                           :
-------------------------------------------X
                                           :
A.C. and P.C., on behalf of R.C.,          :
                    Plaintiffs,            :
                                           :    08 Civ. 3360 (DLC)
          -v-                              :
                                           :
NEW YORK CITY DEPARTMENT OF EDUCATION,     :
                    Defendant.             :
                                           :
-------------------------------------------X
                                           :
A.D. and H.D., on behalf of J.D.,          :
                    Plaintiffs,            :
                                           :    08 Civ. 3361 (DLC)
          -v-                              :
                                           :
NEW YORK CITY DEPARTMENT OF EDUCATION,     :
                    Defendant.             :
                                           :
-------------------------------------------X
                                           :
Y.E. and M.K., on behalf of M.E.,          :
                    Plaintiffs,            :
                                           :    08 Civ. 3362 (DLC)
          -v-                              :
                                           :
NEW YORK CITY DEPARTMENT OF EDUCATION,     :
                    Defendant.             :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

This Court having conducted the initial pretrial conference on April 10, 2008, with the parties to the above-captioned actions brought against the New York City Department of Education, and the parties having agreed, and this Court having

found, that these actions involve common questions of law and fact, it is hereby

ORDERED that the above-captioned actions are consolidated for all purposes pursuant to Rule 42(a), Fed. R. Civ. P.  They shall be referred to collectively as <u>In re Attorneys' Fees Consolidated Cases</u>, Master File No. 07 Civ. 8640 (DLC).

IT IS FURTHER ORDERED that a Master Docket is hereby established for the consolidated proceedings in the actions consolidated herein (the "Consolidated Action").  Entries in said Master Docket shall be applicable to the Consolidated Action, and entries shall be made therein in accordance with the regular procedures of the Clerk of this Court, except as modified by this Order.

IT IS FURTHER ORDERED that a Master File is hereby established for the consolidated proceedings in the Consolidated Action.  The Master File shall be Civil Action No. 07 Civ. 8640 (DLC).  The original of this Order shall be filed by the Clerk in the Master File herein established.  The Clerk shall maintain a separate file for each of the actions consolidated herein and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified below. The Clerk shall file a copy of this Order in each such separate file.

IT IS FURTHER ORDERED that every pleading filed in the Consolidated Action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE ATTORNEYS' FEES CONSOLIDATED        :
CASES                                     :
                                          :         MASTER FILE
This Document Relates to:                 :     07 Civ. 8640 (DLC)
                                          :
ALL ACTIONS                               :
                                          :
------------------------------------------X
```

IT IS FURTHER ORDERED that when a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption.  When a pleading is intended to apply to fewer than all of such actions, the docket number for each individual action to which it is intended to apply and the name of the plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption.

IT IS FURTHER ORDERED that when a paper is filed and the caption, pursuant to this Order, shows that it is applicable to "All Actions," the Clerk shall file such paper in the Master File and note such filing in the Master Docket.  No further copies need be filed nor other docket entries made.

IT IS FURTHER ORDERED that when a paper is filed and the caption shows that it is applicable to fewer than All Actions, the Clerk shall file the original of the paper in the Master File and a copy in the file for each separate action to which it applies and shall note such filing in the Master Docket and in the docket of each such separate action.

SO ORDERED:

Dated:   New York, New York
         June 10, 2008

                                          /s/ Denise Cote
                                    ──────────────────────────
                                          DENISE COTE
                                    United States District Judge